# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CROSS OIL REFINING & MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. REGAN, <br><br> Defendant. | Civil Action No. 21-cv-1825 <br> Hon. Judge Chutkan |

## JOINT MOTION TO STAY ACTION PENDING SETTLEMENT NEGOTIATIONS

The parties respectfully move the Court to stay this action until December 16, 2021, pending the parties' settlement discussions. In support of their motion, the parties state as follows:

1. The Complaint was filed on July 8, 2021 and served on July 19, 2021. (ECF Nos. 1, 4.)

2. Defendant's response to the Complaint is presently due September 17, 2021.

3. The parties are currently engaged in settlement discussions, which, if successful, would fully resolve this action. Alternatively, Defendant may take further action that may dispose of the case without the need for additional litigation.

4. The parties request a stay of the action, including Defendant's obligation to serve a response to the Complaint under Fed. R. Civ. P. 12 and the parties' obligation to comply with Local Rule 16.3 by participating in a meet and confer and submitting a Rule 16(d) report, so that the parties may focus on their settlement discussions.

5. The parties believe that a stay would expedite resolution of this matter and conserve judicial resources.

6. On December 16, 2021, the parties will file a joint report advising the Court of the status of their settlement discussions. In their report, the parties will either propose a schedule for the continuation of the litigation or seek an extension of the stay.

Dated: September 16, 2021

                                        Respectfully submitted,

                                        */s/ Mark W. DeLaquil*
                                        Mark. W. DeLaquil (DC Bar # 493545)
                                        BAKER & HOSTETLER LLP
                                        1050 Connecticut Avenue, NW, Ste. 1100
                                        Washington, D.C. 20036
                                        mdelaquil@bakerlaw.com
                                        (202) 861-1527

                                        *Counsel for Plaintiff*


                                        */s/ Sarah Izfar*
                                        Trial Attorney (DC Bar #1017796)
                                        United States Department of Justice
                                        Environmental Defense Section
                                        P.O. Box 7611 (regular mail)
                                        150 M St., NE (overnight)
                                        Washington, D.C. 20044
                                        sarah.izfar@usdoj.gov
                                        (202) 305-0490

                                        *Counsel for Defendant*

OF COUNSEL:
Meredith G. Miller
U.S. Environmental Protection Agency
Air and Radiation Law Office
Mail Code 2344A
1200 Pennsylvania Ave. NW
Washington, DC  20460