IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CROSS OIL REFINING & MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. REGAN, <br><br> Defendant. | Civil Action No. 21-cv-1825 <br> Hon. Judge Chutkan |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion for a stay, the motion is hereby GRANTED. This action is stayed pending the parties' settlement discussions. By no later than December 16, 2021, the parties shall file a joint report to the Court advising it of the status of the settlement discussions and to propose a schedule for the continuation of the litigation or to request an extension of the stay.

IT IS SO ORDERED

                                    _____
                                    Judge Tanya C. Chutkan
                                    United States District Court